George G. Campbell, Respondent, v. Rochester Railway Company, Appellant. — Order reversed, with costs, and motion denied. All concurred, except Spring and Kruse, JJ., who dissented.

General Railway Signal Company, Respondent, v. Harvey N. Loomis, Appellant, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred, except Williams, J., who dissented.

The People of the State of New York ex rel. John Gesl, Jr., and Others, Appellants, v. The City of Buffalo, Respondent.—Judgment and order affirmed, with costs. All concurred.

Helen M. Coan, Individually and as Executrix, etc., of Amos S. Coan, Deceased, Appellant, v. Grover Patridge, Respondent.—Judgment affirmed, with costs. All concurred.

Marion Isaacs, Respondent, v. Hospital of the Good Shepherd of Syracuse, Appellant.— Judgment affirmed, with costs. All concurred.

Reinhart Kuelling v. The Roderick Lean Manufacturing Company.— Motion denied, with ten dollars costs.

Paul Czosek, by Guardian, etc., v. Mary Jaeckle, Individually, etc.— Motion for reargument denied.

Edward Schoenborn, Respondent, v. International Railway Company, Appellant.— Judgment reversed, with costs to the appellant in this and the Municipal Court. *Held,* that the plaintiff failed to establish actionable negligence on the part of the defendant. All concurred.

Schuyler H. McIntosh, Respondent, v. The City of Buffalo, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $500, as of date of the rendition thereof, in which event the judgment as thus modified and the order are affirmed, without costs of this appeal to either party. All concurred.

The People of the State of New York, Respondent, v. George A. Smith, Appellant.— Motion to dismiss appeal granted solely upon the ground that this court has no jurisdiction to entertain the appeal.

Joseph R. Fitzgerald, Respondent, v. Empire State Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Margaret Gleason, as Administratrix, etc., of Dennis Gleason, Deceased, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the movement of the light engine by whistle signals only, which the court charged was safe and proper practice, was no evidence tending to prove that the unsafe and improper practice of moving engines with cars attached by whistle signals only without the hand, flag or lamp signals, and it was error to permit the jury to consider it for that purpose.

Rosa A. La Point, as Administratrix, etc., of Edward La Point, Deceased, Respondent, v. Battle Island Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

August Steinbicker, Appellant, v. The City of Syracuse, Respondent.— Judgment and order affirmed, with costs. All concurred.

Delia L. Aspinwall, Respondent, v. Gertrude A. Gardner, Appellant.— Judgment and order affirmed, with costs. All concurred.